### SELBACH et al. v. UNITED STATES.

(Circuit Court, S. D. New York. February 18, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—ALIZARINE.

A substance which responds to the alizarine tests, and which is commercially known and dealt in as "alizarine," or "alizarine yellow," is free, under paragraph 595 of the tariff act of March 3, 1883, as alizarine, natural or artificial, though not chemically alizarine.

This was an application by E. Selbach & Co. for a review of the decision of the board of general appraisers, affirming the decision of the collector of the port of New York as to the classification of certain merchandise. The merchandise in question was invoiced as "alizarine blue," "anthracene brown," and "anthracene yellow." The collector assessed duty thereon at 35 per cent. ad valorem, under paragraph 82 of the tariff act of 1883, as coal-tar colors. The importers' protest claimed that the merchandise was entitled to free entry, as alizarine, natural or artificial.

Hartley & Coleman, for the importer.
J. T. Van Rensselaer, Asst. U. S. Atty.

TOWNSEND, District Judge (orally). The merchandise in question is anthracene or alizarine yellow, claimed to be free, as alizarine,

natural or artificial, under paragraph 595 of the tariff act of March 3, 1885, but assessed for duty under paragraph 82 of said act as a coal-tar color or dye, by whatever name known, not specially provided for. That this article is not chemically alizarine seems to be immaterial. The evidence is undisputed that it responds to the alizarine tests, and was commercially known and dealt in as "alizarine" or "alizarine yellow" at the time of the passage of said act. The decision of the board of general appraisers affirming the action of the collector is reversed.